# EXHIBIT A

JOSEPH M. POLISENA, JR.  
*MAYOR*



TEL: (401) 553-8800  
FAX (401) 331-4271

## EXECUTIVE CHAMBERS

TOWN HALL  
1385 HARTFORD AVENUE  
JOHNSTON, RHODE ISLAND 02919

December 3, 2024

To Whom It May Concern:

As mayor, I have always made it a point to stay out of planning board matters to keep things fair and impartial. The board is an independent body and I have the utmost faith in its members' ability to make thoughtful, unbiased decisions for the good of our town at-large.

However, this project is so destructive to the Town of Johnston that I can't, in good conscience, stay silent. Increased traffic, drainage problems, and a sudden influx of new students overwhelming our school system amounts to a trifecta of chaos.

On April 21st, 2023, I met with the previous property owner, Sal Campagnone, along with his partner, attorneys, Council President Robert Russo and neighbor to the project, and attorney in his own right, Harry Hoopis. During that meeting, both the Council President and I made it abundantly clear that we opposed the proposed plan, which looks an awful lot like the one before the board now. At that time, Mr. Campagnone graciously expressed a willingness to work with the town on a compromise involving single-family homes—a sensible and welcome idea which the town would not only support, but cater to.

Fast-forward to today, and there has been no compromise by the new developer. No dialogue, no collaboration, just an apparent plan to bulldoze ahead under the protection of a state law designed to force-feed towns like ours ill-fitting developments. Sure, it's your right to do so, but it is also our right to fight back.

So let me be crystal clear: If you insist on moving forward with the currently proposed project, I will use all the power of government that I have to stop it. If you think you'll breeze through the newly created Land Use Calendar in Superior Court, I will be forced to challenge the constitutionality of the low-to-moderate income housing law itself and seek an injunction to grind this project to a halt while the courts deliberate on the statute's constitutionality.

If you're assuming I won't follow through because the statute has gone unchallenged for 30 years, you clearly don't know me—or the people of Johnston, whom I proudly represent. I am willing to use every resource necessary to support the will of the residents and have zero care of who I may offend in the process.

JOSEPH M. POLISENA, JR.  
*MAYOR*

TEL: (401) 553-8800  
FAX (401) 331-4271



## EXECUTIVE CHAMBERS

TOWN HALL  
1385 HARTFORD AVENUE  
JOHNSTON, RHODE ISLAND 02919

To be clear, no one expects this land to sit idle forever. We're more than willing to support reasonable development, and single-family homes, which are much needed and sought after, remain an excellent option. If you pivot in that direction, I can assure you the town will roll out the red carpet to guide you through the planning process and see the project to completion.

The choice is yours. Bulldoze ahead with your current plan and be prepared to fight a town of 30,000 people in the process. Or, withdraw it and work with us to create something the town can and will support.

Truly,

Mayor Joseph M. Polisena Jr.

# EXHIBIT B

 **Mayor Joseph Polisena Jr.**
December 4, 2024 ·

For those not there last night, this is my letter submitted to the planning board regarding the 252 low-income apartment units off George Waterman. If the developer is unwilling to compromise, I will use every lever of government I have, including a court challenge on the low-income housing statute itself. Johnston will not be force-fed a development through a state law that will immediately add anywhere from 600-800 people, which is anywhere between 2% - 3% of our total population now, a massive number for one development, without a fight.

---

1385 HARTFORD AVENUE
JOHNSTON, RHODE ISLAND 02919

December 3, 2024

To Whom It May Concern:

As mayor, I have always made it a point to stay out of planning board matters to keep things fair and impartial. The board is an independent body and I have the utmost faith in its members' ability to make thoughtful, unbiased decisions for the good of our town at-large.

However, this project is so destructive to the Town of Johnston that I can't, in good conscience, stay silent. Increased traffic, drainage problems, and a sudden influx of new students overwhelming our school system amounts to a trifecta of chaos.

On April 21st, 2023, I met with the previous property owner, Sal Campagnone, along with his partner, attorneys, Council President Robert Russo and neighbor to the project, and attorney in his own right, Harry Hoopis. During that meeting, both the Council President and I made it abundantly clear that we opposed the proposed plan, which looks an awful lot like the one before the board now. At that time, Mr. Campagnone graciously expressed a willingness to work with the town on a compromise involving single-family homes—a sensible and welcome idea which the town would not only support, but cater to.

Fast-forward to today, and there has been no compromise by the new developer. No dialogue, no collaboration, just an apparent plan to bulldoze ahead under the protection of a state law designed to force-feed towns like ours ill-fitting developments. Sure, it's your right to do so, but it is also our right to fight back.

So let me be crystal clear: If you insist on moving forward with the currently proposed project, I will use all the power of government that I have to stop it. If you think you'll breeze through the newly created Land Use Calendar in Superior Court, I will be forced to challenge the constitutionality of the low-to-moderate income housing law itself and seek an injunction to grind this project to a halt while the courts deliberate on the statute's constitutionality.

If you're assuming I won't follow through because the statute has gone unchallenged for 30 years, you clearly don't know me—or the people of Johnston, whom I proudly represent. I am willing to use every resource necessary to support the will of the residents and have zero care of who I may offend in the process.

---

JOSEPH M. POLISENA, JR.
MAYOR



TEL: (401) 553-8800
FAX (401) 331-4271

EXECUTIVE CHAMBERS
TOWN HALL
1385 HARTFORD AVENUE
JOHNSTON, RHODE ISLAND 02919

To be clear, no one expects this land to sit idle forever. We're more than willing to support reasonable development, and single-family homes, which are much needed and sought after, remain an excellent option. If you pivot in that direction, I can assure you the town will roll out the red carpet to guide you through the planning process and see the project to completion.

The choice is yours. Bulldoze ahead with your current plan and be prepared to fight a town of 30,000 people in the process. Or, withdraw it and work with us to create something the town can and will support.

Truly,

Mayor Joseph M. Polisena Jr.

---

 136                                                                 62  💬  12  ↗

 Like             Comment             Send             Share

# EXHIBIT C

# THE TOWN OF JOHNSTON, RHODE ISLAND

1385 Hartford Avenue, Johnston, Rhode Island 02919



**FOR IMMEDIATE RELEASE**
**January 27, 2025**

### Mayor Joseph M. Polisena Jr. Announces Taking of 31-Acre Low-Income Housing Site by Eminent Domain for Public Safety Complex

Our police officers and firefighters have endured unsafe and inadequate working conditions for far too long. Firefighters are dealing with the absence of a fire alarm system, a leaking roof, a flooding dispatch room, and no female bathrooms or showers. Their living quarters are dangerously exposed to toxic fumes from the apparatus room, posing serious health and safety risks. Similarly, the police station faces numerous challenges: an outdated electrical system, no toilet in the locker room, no hot water, and working in closets rather than offices. Additionally, the basement floods during rain events, affecting the sally port, cell block, locker rooms, and electrical systems.

Our town hall presents a problem as well. Constructed when just 9,000 people lived in Johnston, there is no handicapped accessibility, senior citizens struggle with the narrow stairs, there are holes in the roof, the HVAC system does not work, and there are now only 8 public parking spaces.

Today, I am announcing my intent to take all 31 acres of land on George Waterman Road, the site of the proposed 252 low-income housing apartment complex, by eminent domain. In this location, the town will construct a public safety municipal complex consisting of a new fire headquarters, police station and municipal hall.

The Johnston Town Council will hold a special meeting on Tuesday, January 28, 2025, at 5:30 p.m. at the Johnston Municipal Court to discuss and vote on Resolution 2025-10, authorizing the eminent domain taking of Assessor's Plat 37, Lot 193. Residents are encouraged to attend.

To fund this project, we are going back to our original intention of renovating the high school with an emphasis on creating new career and technical trades programs. In saving tens of millions of dollars coupled with our $40 million cash reserves, we are using our financial prudence to continue to upgrade our town infrastructure, which impacts all residents.



# EXHIBIT D

# Town of Johnston

## RESOLUTION OF THE TOWN COUNCIL

### No. 2025-10

In Favor:                                    Opposed:

_____
Council President                    Date

Be it resolved that:

| | |
|---|---|
| *Whereas,* | The headquarters for the Johnston Fire Department located at 1520 Atwood Avenue was built in 1968; and |
| *Whereas,* | The Johnston Fire Department headquarters is in need of significant upgrades including but not limited to the electrical system, the plumbing and HVAC system, the roof, fire sprinkler system, the dispatch and communications system, as well as other infrastructure and building integrity improvements; and |
| *Whereas,* | The Johnston Fire Department deserve headquarters that support and enhance their mission, and the citizens of the Town of Johnston deserve 21st century Fire Protection and Emergency Medical Services; and |
| *Whereas,* | The Johnston Police Department headquarters were built in 1978 at 1651 Atwood Avenue and was originally designed for 34 officers and civilians; and |
| *Whereas,* | The Police Department now has 79 officers and civilians working in the same headquarters; and |
| *Whereas,* | The Police Department Headquarters is in need of significant upgrades and improvements including but not limited to the electrical system, the plumbing system, the HVAC system, the roof, the fire alarm and sprinkler system, and the dispatch and communications system; and |
| *Whereas,* | The Police Department Headquarters building is now prone to repeated flooding issues during significant rain events; and |
| *Whereas,* | It is in further need of various infrastructure and building integrity improvements; and |
| *Whereas,* | The Johnston Police Department deserves headquarters that support and enhance its mission and the citizens of the Town of Johnston deserve 21st century Police Department services; and |
| *Whereas,* | The Town Hall now located at 1385 Hartford Avenue was built in 1939; and |
| *Whereas,* | The Town Hall building is in need of significant rehabilitation including but not limited to the electrical system, the plumbing system, the HVAC system, the fire alarm and fire sprinkler system; and |
| *Whereas,* | There is a need to provide greater access for disabled citizens to Town Hall services; and |
| *Whereas,* | The Town Hall is critical to providing access to municipal services to citizens; and |

| | |
|---|---|
| *Whereas,* | The citizens of the Town of Johnston deserve a Town Hall that can provide 21st century municipal services and accessibility; and |
| *Whereas,* | Significant economic and operational efficiencies may be achieved by creating a central campus for Fire Department Headquarters, Police Department Headquarters, and a Town Hall; and |
| *Whereas,* | The administration has been reviewing sites for such a campus to provide economic and operational efficiencies and 21st century services to the citizens of the Town of Johnston; and |
| *Whereas,* | The administration has initiated a review of 178-200 George Waterman Road, Johnston, Rhode Island, Assessors Plat 37, Lot 193 to determine if it is an appropriate site for the location and construction of a municipal campus combining the Fire Department Headquarters, Police Department Headquarters, and a Town Hall; and |
| *Whereas,* | It has been determined after review by Police Chief Mark Vieira and Fire Chief David Iannuccilli that it is an excellent location for public safety purposes; and |
| *Whereas,* | The administration tasked DiPrete Engineering to review the property to determine if it is an appropriate site for the development of such structures; and |
| *Whereas,* | Said review has confirmed that it is an appropriate site for the development and construction of a campus for Public Safety Headquarters and a Town Hall; |

Now Therefore, the Town Council for the Town of Johnston hereby resolves that the Town of Johnston should proceed with eminent domain through the exercise of condemnation as provided for in § 1-3 of the Town Charter of the Town of Johnston, to take title to 178-200 George Waterman Road, Johnston, Rhode Island, Assessors Plat 37, Lot 193 for the public purpose of constructing a municipal campus consisting of a Public Safety Headquarters for the Fire and Police Departments and a Town Hall Building.

_____  
*Lauren A. Garzone, Vice-President*  
District 2

_____  
*Alfred T. Carnevale, Councilman*  
District 3

_____  
*Linda Folcarelli, Councilwoman*  
District 1

_____  
*Robert V. Russo, President*  
District 4

_____  
*Robert J. Civetti, Councilman*  
District 5

Attest:_____  
*Vincent P. Baccari, Jr., Town Clerk*

# EXHIBIT E



# Town of Johnston
## RESOLUTION OF THE TOWN COUNCIL

## No. 2025-17

In Favor:                                    Opposed:

_____
Council President              Date

Be it resolved that:

Whereas,    The administration has initiated a review of 178-200 George Waterman Road, Johnston, Rhode Island, Assessors Plat 37, Lot 1 aka Lot 193 to determine if it is an appropriate site for the location and construction of a municipal campus for the Fire Department Headquarters, Police Department Headquarters, and a Town Hall; and

Whereas,    If the Town determines that this location is suitable for condemnation then it must follow the process for condemnation contained in this resolution; and

Whereas,    The Johnston Town Charter authorizes and empowers the Town to take property by condemnation in accordance with Section 1-3 and State law; and

Whereas,    The Town shall pass a resolution authorizing the taking of the property for public use and find that it is necessary and in the public interest; and

Whereas,    The Town shall file in the records of land evidence of the Town, a copy of the adopted resolution, a description of the land, a plat thereof, and a statement that the land is taken pursuant to the provisions of section 1-3 of the Town Charter, which description and statement shall be signed by the president of the Town Council and the Mayor and certified by the Town Clerk; and

Whereas,    The Town shall file in the Providence County Superior Court a statement of the sum of money estimated by the Town, using a state-certified general real estate appraiser, to be just compensation for the property taken; and

Whereas,    The Town shall deposit in Providence County Superior Court, to the use of person(s) entitled to it, the sum established in the statement; and

*Official Document*

*Whereas,*   *After filing said documents in the land evidence records and depositing said sum in the Court, the Town shall serve notice of the taking upon the owner(s) and person(s) having an estate or interest in such property by the Town Sergeant, any town police officer or any constable of the town, by leaving a true and attested copy of such resolution, description, plat and statement with each of such owner(s) or person(s) personally, or at their last and usual place of abode in the State of Rhode Island with some person living there, and in case such owner or person is absent from the State of Rhode Island, and has no last and usual place of abode therein occupied by any person, or in case the whereabouts of any such person is unknown to the person making service, such copy shall be left with person(s), if any, in charge of having possession of such property taken, and another copy thereof shall be mailed to address of such absent owner or person if the same is known to the person making service; and*

*Whereas,*   *The person making service shall attest upon a true copy of the resolution, description, plat and statement the manner in which the notice was given or attempted to be given; and*

*Whereas,*   *After filing of the resolution, description, plat and statement, the town clerk for the Town shall cause a copy of the resolution, description, plat and statement to be published in a newspaper of general circulation in Providence County for three (3) consecutive weeks;*

*Now Therefore, The Town Council for the Town of Johnston hereby resolves that the process contained in this resolution conforms with the Town Charter and State Law and should be followed if it is determined that the above referenced property should be condemned for public use.*

_____          _____
*Lauren A. Garzone, Vice-President*          *Alfred T. Carnevale, Councilman*
*District 2*                                                     *District 3*

_____          _____
*Linda Folcarelli, Councilwoman*          *Robert V. Russo, President*
*District 1*                                                     *District 4*

_____
*Robert J. Civetti, Councilman*
*District 5*

*Attest:*_____
*Vincent P. Baccari, Jr., Town Clerk*

*Official Document*

# EXHIBIT F



# Town of Johnston

## RESOLUTION OF THE TOWN COUNCIL

## No. 2025-18

In Favor:                              Opposed:

_____    _____
Council President                  Date

Be it resolved that:

*Whereas,*   The headquarters for the Johnston Fire Department located at 1520 Atwood Avenue was built in 1968; and

*Whereas,*   The Johnston Fire Department headquarters is in need of significant upgrades including but not limited to the electrical system, the plumbing and HVAC system, the roof, fire sprinkler system, the dispatch and communications system, as well as other infrastructure and building integrity improvements; and

*Whereas,*   The Johnston Fire Department deserve headquarters that support and enhance their mission, and the citizens of the Town of Johnston deserve 21st century Fire Protection and Emergency Medical Services; and

*Whereas,*   The Johnston Police Department headquarters were built in 1978 at 1651 Atwood Avenue and was originally designed for 34 officers and civilians; and

*Whereas,*   The Police Department now has 79 officers and civilians working in the same headquarters; and

*Whereas,*   The Police Department Headquarters is in need of significant upgrades and improvements including but not limited to the electrical system, the plumbing system, the HVAC system, the roof, the fire alarm and sprinkler system, and the dispatch and communications system; and

*Whereas,*   The Police Department Headquarters building is now prone to repeated flooding issues during significant rain events; and

*Whereas,*   It is in further need of various infrastructure and building integrity improvements; and

*Whereas,*   The Johnston Police Department deserves headquarters that support and enhance its mission and the citizens of the Town of Johnston deserve 21st century Police Department services; and

*Official Document*

*Whereas,*   The Town Hall now located at 1385 Hartford Avenue was built in 1939; and

*Whereas,*   The Town Hall building is in need of significant rehabilitation including but not limited to the electrical system, the plumbing system, the HVAC system, the fire alarm and fire sprinkler system; and

*Whereas,*   There is a need to provide greater access for disabled citizens to Town Hall services; and

*Whereas,*   The Town Hall is critical to providing access to municipal services to citizens; and

*Whereas,*   The citizens of the Town of Johnston deserve a Town Hall that can provide 21st century municipal services and accessibility; and

*Whereas,*   Significant economic and operational efficiencies may be achieved by creating a central campus for Fire Department Headquarters, Police Department Headquarters, and a Town Hall; and

*Whereas,*   The administration has been reviewing sites for such a campus to provide economic and operational efficiencies and 21st century services to the citizens of the Town of Johnston; and

*Whereas,*   The administration has initiated a review of 178-200 George Waterman Road, Johnston, Rhode Island, Assessors Plat 37, Lot 1 aka Lot 193 to determine if it is an appropriate site for the location and construction of a municipal campus combining the Fire Department Headquarters, Police Department Headquarters, and a Town Hall; and

*Whereas,*   It has been determined after review by Police Chief Mark Vieira and Fire Chief David Iannuccilli that it is an excellent location for public safety purposes; and

*Whereas,*   The administration tasked DiPrete Engineering to review the property to determine if it is an appropriate site for the development of such structures; and

*Whereas,*   Said review has confirmed that it is an appropriate site for the development and construction of a campus for Public Safety Headquarters and a Town Hall;

*Whereas,*   The Town has engaged Thomas S. Andolfo of Andolfo Appraisal Associates, Inc., a state certified appraiser, to determine the fair market value of the property; and

*Whereas,*   Andolfo Appraisal Associates, Inc., has determined that the fair market value of the property is seven hundred and seventy-five thousand dollars ($775,000); and

*Official Document*

*Now Therefore, the Town Council for the Town of Johnston hereby resolves that the Town of Johnston should proceed with eminent domain through the exercise of condemnation as provided for in § 1-3 of the Town Charter of the Town of Johnston, to take title to 178-200 George Waterman Road, Johnston, Rhode Island, Assessors Plat 37, Lot 1 aka Lot 193 for the public purpose of constructing a municipal campus consisting of a Public Safety Headquarters for the Fire and Police Departments and a Town Hall Building; and*

*Be it further resolved, that for the foregoing reasons this taking is necessary and in the public interest.*

_____  
*Lauren A. Garzone, Vice-President*  
*District 2*

_____  
*Alfred T. Carnevale, Councilman*  
*District 3*

_____  
*Linda Folcarelli, Councilwoman*  
*District 1*

_____  
*Robert V. Russo, President*  
*District 4*

_____  
*Robert J. Civetti, Councilman*  
*District 5*

*Attest:*_____  
*Vincent P. Baccari, Jr., Town Clerk*

*Official Document*