# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SCLS REALTY, LLC; and<br>SIXTY THREE JOHNSTON, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>TOWN OF JOHNSTON, RHODE ISLAND; JOSEPH M. POLISENA, JR., in his official capacity as Mayor of the Town of Johnston, Rhode Island; LINDA L. FOLCARELLI, LAUREN GARZONE, ALFRED T. CARNEVALE, ROBERT V. RUSSO, ROBERT J. CIVETTI, in their official capacities as Members of the Town Council of the Town of Johnston; VINCENT P. BACCARI, JR., in his official capacity as Town Clerk of the Town of Johnston,<br><br>          Defendants. | Civil Action No. _____ |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs SCLS Realty, LLC, and Sixty Three Johnston, LLC, declare they have no parent corporation and that there are no publicly traded corporations owning more than 10% of their stock.

1

DATED: March 10, 2025.

Respectfully submitted,

| | |
|---|---|
| KATHRYN D. VALOIS* <br> Fla. Bar. No. 1010150 <br> Pacific Legal Foundation <br> 4440 PGA Blvd., Suite 307 <br> Palm Beach Gardens, FL 33410 <br> Telephone: (561) 691-5000 <br> Fax: (916) 419-7747 <br> kvalois@pacificlegal.org <br><br> ROBERT H. THOMAS* <br> Cal. Bar No. 160367 <br> Haw. Bar No. 4610-0 <br> AUSTIN W. WAISANEN* <br> Wyo. Bar No. 8-7023 <br> Pacific Legal Foundation <br> 555 Capitol Mall, Suite 1290 <br> Sacramento, CA 95814 <br> Telephone: (916) 419-7111 <br> Fax: (916) 419-7747 <br> rthomas@pacificlegal.org <br> awaisanen@pacificlegal.org | /s/ Kelley M. Salvatore <br> KELLEY M. SALVATORE <br> R.I. Bar No. 6025 <br> DarrowEverett LLP <br> 1 Turks Head Pl., #1200 <br> Providence, RI 02903 <br> Telephone: (401) 453-1200 <br> Fax: (401) 453-1201 <br> ksalvatore@darroweverett.com |

***Pro Hac Vice Pending*

*Counsel for Plaintiffs*