UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SCLS REALTY, LLC; SIXTY THREE JOHNSTON, LLC,<br><br>v.<br><br>TOWN OF JOHNSTON, RHODE ISLAND; JOSEPH M. POLISENA, JR., in his capacity as Mayor of the Town of Johnston; LINDA L. FOLCARELLI, LAUREN GARZONA, ALFRED T. CARVENALE, ROBERT V. RUSSO, ROBERT J. CIVETTI, in their official capacities as Members of the Town Council of the Town of Johnston; and VINCENT P. BACCARI, JR., in his official capacity as Town Clerk of the Town of Johnston | CA No.: 1:25-cv-00088-MRD-PAS |

## NOTICE OF APPEARANCE

I, William J. Conley, Jr., hereby enter my appearance on behalf of the Defendants, the Town of Johnston, Mayor Joseph M. Polisena, Jr., members of the Town of Johnston Town Council, and Town Clerk Vincent P. Baccari, Jr. in the above captioned matter.

                                          Respectfully submitted,
                                          Defendants,
                                          By Their Attorneys,

                                          */s/ William J. Conley, Jr.*
                                          _____
                                          William J. Conley, Jr. (#2149)
                                          Conley Law & Associates
                                          123 Dyer Street, Suite 2B
                                          Providence, RI 02903
                                          Tel: 401.415.9835
                                          wconley@conleylawri.com

March 19, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Kathryn D. Valois
KValois@pacificlegal.org

Robert H. Thomas
RThomas@pacificlegal.org

Austin W. Waisanen
AWaisanen@pacificlegal.org

Kelley M. Salvatore
ksalvatore@darroweverett.com

Stacy W. Thomsen
sthomsen@darroweverett.com

                                                */s/ Sarah F. O'Toole*
                                                _____