UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SCLS REALTY, LLC; SIXTY THREE JOHNSTON, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TOWN OF JOHNSTON, RHODE ISLAND; JOSEPH M. POLISENA, JR., in his official capacity as Mayor of the Town of Johnston; LINDA L. FOLCARELLI, LAUREN GARZONE, ALFRED T. CARNEVALE, ROBERT V. RUSSO, ROBERT J. CIVETTI, in their official capacities as Members of the Town Council of the Town of Johnston; and VINCENT P. BACCARI, JR., in his official capacity as Town Clerk of the Town of Johnston,<br><br>    Defendants. | No. 1:25-cv-00088-MRD-PAS |

**ORDER CONVERTING TEMPORARY RESTRAINING ORDER
TO PRELIMINARY INJUNCTION**

On March 19, 2025, this Court granted Plaintiffs SCLS Realty, LLC, and Sixty Three Johnston, LLC (jointly, "Santoro Family"), motion for a temporary restraining order ("TRO"). ECF No. 14.

The parties, by and through their respective counsel, have agreed to request that the Court convert the existing TRO into a Preliminary Injunction, effective immediately, and to remain in full force and effect until further order of the Court.

1

ACCORDINGLY, this Court hereby CONVERTS the TRO issued on March 19, 2025, into a Preliminary Injunction, and ORDERS as follows:

A Preliminary Injunction is entered in this case until further order of this Court. The Court hereby ORDERS the following persons bound by this, who shall receive actual notice of the Preliminary Injunction by personal service: Defendants TOWN OF JOHNSTON, RHODE ISLAND; JOSEPH M. POLISENA, JR., in his official capacity as Mayor of the Town of Johnston; LINDA L. FOLCARELLI, LAUREN GARZONE, ALFRED T. CARNEVALE, ROBERT V. RUSSO, ROBERT J. CIVETTI, in their official capacities as members of the Johnston Town Council, VINCENT P. BACCARI, Jr., in his official capacity as the Town Clerk for the Town of Johnston, and their officers, agents servants, employees, and attorneys, and other persons who are in active concert or participation with the Defendants.

The Court orders such persons to be restrained from taking any action to implement, carry out, enable, execute, or perform under the purported authority of Resolution 2025-10, Resolution 2025-17, Resolution 2025-18, or to undertake any other actions to condemn or use the power of eminent domain to seize the Plaintiff's property located at 178 and 200 George Waterman Road, Johnston, Rhode Island, also known as Assessor's Plat 37, Lots 63, 193 (formerly recognized as Lots 1-10, and 193) and Assessor's Plat 35, Lot 2 (together "Santoro Property"), including but not limited to:

1. Taking any action to prevent or otherwise interfere with the Santoro Family entering, using, and occupying the Santoro Property, or taking any action

which is inconsistent with the Santoro Family's rights as the lawful owners of the Santoro Property; and

    2.    Taking any action to enter, use, occupy, transfer, convey, encumber, or trespass upon the Santoro Property; and taking any action inconsistent with or in contravention of the Santoro Family's rights as the lawful owners of the Santoro Property; and

    3.    Taking any action to further alter, substitute, amend, change, or otherwise affect the registered or title ownership of the subject property from the Santoro Family, or taking any action in contravention of or inconsistent with the Santoro Family's rights as the lawful title owners and owners of record; and

    4.    Undertaking any other action that alters the status quo as of the date and time this Court enters this Preliminary Injunction, until further order of this Court.

This Preliminary Injunction shall remain in full force and affect until further order of the Court.

IT IS SO ORDERED.

_____      \_4/2/2025_____
Hon. Melissa A. DuBose                                          DATE
United States District Judge