UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SCLS REALTY, LLC; SIXTY THREE JOHNSTON, LLC, <br><br> v. <br><br> TOWN OF JOHNSTON, RHODE ISLAND; JOSEPH M. POLISENA, JR., in his capacity as Mayor of the Town of Johnston; LINDA L. FOLCARELLI, LAUREN GARZONE, ALFRED T. CARNEVALE, ROBERT V. RUSSO, ROBERT J. CIVETTI, in their official capacities as Members of the Town Council of the Town of Johnston; and VINCENT P. BACCARI, JR., in his official capacity as Town Clerk of the Town of Johnston | CA No.: 1:25-cv-00088-MRD-PAS |

**JOINT MOTION TO CONTINUE**
**DISCOVERY MOTIONS [ECF #28, 31, 33, AND 38]**

Beginning with the Town of Johnston's filing of a *Motion for a Protective Order* (ECF #28) on September 18, 2025, the parties have filed a total of four motions related to various discovery disputes within the last two months. These motions are currently scheduled for a hearing before Magistrate Judge Patricia Sullivan on December 2, 2025. Counsel has conferred regarding the status of the pending litigation and have agreed that dispositive motions are appropriate to soon be filed. Both parties anticipate filing summary judgment motions shortly. These motions will likely be dispositive and may render further litigation unnecessary.

In the interest of judicial economy, the parties jointly move to continue the hearing on the following motions: (1) *Town of Johnston's Motion for a Protective Order*, ECF #28; (2) *Plaintiffs' Motion to Compel Production of Documents*, ECF # 31; (3) *Plaintiffs' Motion to Compel Production of Documents and/or a Privilege Log from Defendants*, ECF # 33; and (4) *Town of Johnston's Motion to Reopen the Deposition of Ralph Santoro and Compel his Testimony*, ECF #

1

38. The parties move that these four motions be continued to such a date that allows for the filing, briefing, and hearing on the forthcoming summary judgment motions. The parties also agree and stipulate that all further discovery and discovery deadlines shall be stayed pending the outcome of the anticipated summary judgment motions, and that discovery be reopened if necessary following the Court's decision on the summary judgment motions.

/s/ Kathryn D. Valois
_____
Kathryn D. Valois
Fla. Bar No. 1010150
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
Telephone: (561) 691-5000
kvalois@pacificlegal.org

ROBERT H. THOMAS*
Cal. Bar No. 160367
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
rthomas@pacificlegal.org

AUSTIN W. WAISANEN*
Wyo. Bar No. 8-7023**
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
awaisanen@pacificlegal.org

KELLEY M. SALVATORE
R.I. Bar No. 6025
STACY W. THOMSEN
R.I. Bar No. 10342
DarrowEverett LLP
1 Turks Head Pl., #1200
Providence, RI 02903

Telephone: (401) 453-1200
ksalvatore@darroweverett.com
sthomsen@darroweverett.com
*Pro Hac Vice / **Licensed only in Wyoming

/s/ William J. Conley, Jr.
_____
William J. Conley Jr. (#2149)
Mario Martone (#8221)
Sarah F. O'Toole (#9316)
Conley Law & Associates
123 Dyer Street, Suite 2B
Providence, RI 02903
Tel: 401.415.9835
wconley@conleylawri.com
mmartone@conleylawri.com
sotoole@conleylawri.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Kathryn D. Valois
KValois@pacificlegal.org

Robert H. Thomas
RThomas@pacificlegal.org

Austin W. Waisanen
AWaisanen@pacificlegal.org

Kelley M. Salvatore
ksalvatore@darroweverett.com

Stacy W. Thomsen
sthomsen@darroweverett.com

                                              */s/ Sarah F. O'Toole*
                                      _____