UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SCLS REALTY, LLC; SIXTY THREE JOHNSTON, LLC,<br><br>v.<br><br>TOWN OF JOHNSTON, RHODE ISLAND; JOSEPH M. POLISENA, JR., in his capacity as Mayor of the Town of Johnston; LINDA L. FOLCARELLI, LAUREN GARZONE, ALFRED T. CARNEVALE, ROBERT V. RUSSO, ROBERT J. CIVETTI, in their official capacities as Members of the Town Council of the Town of Johnston; and VINCENT P. BACCARI, JR., in his official capacity as Town Clerk of the Town of Johnston | CA No.: 1:25-cv-00088-MRD-PAS |

## STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO STATEMENT OF UNDISPUTED FACTS AND MOTION FOR SUMMARY JUDGMENT [ECF 42 AND 43], AND FOR EXTENSION OF TIME TO FILE REPLY

It is hereby stipulated and agreed by Plaintiffs and Defendants that the Defendants shall have an additional three (3) weeks from the current due date of January 6, 2026 under Local Rule Cv 7(a)(3) up to and including January 27, 2026 to file their reply to Plaintiffs' Motion for Summary Judgment [ECF 42] and Statement of Undisputed Facts [ECF 43].

It is also hereby stipulated and agreed by Plaintiffs and Defendants that the Plaintiffs shall have a total of fourteen (14) days after service to file a reply to Defendants' response and statement of facts.

| | |
|---|---|
| Plaintiffs,<br>By their attorneys, | Defendants,<br>By their attorneys, |
| */s/ Robert H. Thomas*<br>ROBERT H. THOMAS*<br>Cal. Bar No. 160367 | */s/ Sarah F. O'Toole*<br>William J. Conley, Jr. (#2149)<br>Mario Martone (#8221) |

1

Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
rthomas@pacificlegal.org

Kathryn D. Valois
Fla. Bar No. 1010150
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
Telephone: (561) 691-5000
kvalois@pacificlegal.org

AUSTIN W. WAISANEN*
Wyo. Bar No. 8-7023**
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
awaisanen@pacificlegal.org

KELLEY M. SALVATORE
R.I. Bar No. 6025
STACY W. THOMSEN
R.I. Bar No. 10342
DarrowEverett LLP
1 Turks Head Pl., #1200
Providence, RI 02903
Telephone: (401) 453-1200
ksalvatore@darroweverett.com
sthomsen@darroweverett.com
*Pro Hac Vice / **Licensed only in Wyoming

Sarah F. O'Toole (#9316)
Conley Law & Associates
123 Dyer St, Suite 2B
Providence, RI 02903
Ph: 401-415-9835 | Fax: 401-415-9834
wconley@conleylawri.com
mmartone@conleylawri.com
sotoole@conleylawri.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Kathryn D. Valois
KValois@pacificlegal.org

Robert H. Thomas
RThomas@pacificlegal.org

Austin W. Waisanen
AWaisanen@pacificlegal.org

Kelley M. Salvatore
ksalvatore@darroweverett.com

Stacy W. Thomsen
sthomsen@darroweverett.com

                                               */s/ Sarah F. O'Toole*
                                               _____