# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SCLS REALTY, LLC; SIXTY THREE JOHNSTON, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TOWN OF JOHNSTON, RHODE ISLAND; JOSEPH M. POLISENA, JR., in his official capacity as Mayor of the Town of Johnston; LINDA L. FOLCARELLI, LAUREN GARZONE, ALFRED T. CARNEVALE, ROBERT V. RUSSO, ROBERT J. CIVETTI, in their official capacities as Members of the Town Council of the Town of Johnston; and VINCENT P. BACCARI, JR., in his official capacity as Town Clerk of the Town of Johnston,<br><br>　　　　　Defendants. | CA No. 1:25-cv-00088-MRD-PAS |

**JOINT STATUS REPORT ON PARTIES JOINT MOTION TO CONTINUE DISCOVERY MOTIONS [ECF # 28, 31, 33 AND 38]**

On November 25, 2025, this Court entered an order granting the Parties' Joint Motion to Continue the December 2, 2025, hearing related to four motions filed by the parties concerning ongoing discovery disputes and a general stay of discovery proceedings. *See* Parties' Joint Motion to Continue (Nov. 20, 2025) (Dkt. No. 41); Text Order Granting Joint Motion # 41 (Nov. 25, 2025). As part of that Order, this Court requested a joint status report regarding the need to continue the discovery stay and to potentially reset the hearing on the motions, if needed. Text Order Granting Joint Motion # 41 (Nov. 25, 2025).

As of the filing of this Report, Plaintiffs have filed a Motion for Partial Summary Judgment. *See* Plaintiffs' Motion for Partial Summary Judgment (Dec. 23, 2025) (Dkt. No. 42). The Defendants' response to the Plaintiffs' motion is currently due not later than January 27, 2026, and the Plaintiffs' reply is due fourteen days after that, not later than February 10, 2026. *See* Text Order Entering Stipulation re Extension (Dec. 31, 2025). This motion, if granted, could make further litigation unnecessary.

The parties believe it is necessary to continue to stay discovery proceedings and deadlines, including consideration of the discovery dispute motions, pending resolution of Plaintiffs' summary judgment motion.

DATED: January 8, 2026.

Respectfully submitted,

/s/ *William J. Conley, Jr.*
WILLIAM J. CONLEY, JR. (#2149)
MARIO MARTONE (#8221)
SARAH F. O'TOOLE (#9316)
Conley Law & Associates
123 Dyer Street, Suite 2B
Providence, RI 02903
Tel: 401.415.9835
wconley@conleylawri.com
mmartone@conleylawri.com
sotoole@conleylawri.com

KELLEY M. SALVATORE
Mass. Bar No. 637885
R.I. Bar No. 6025
STACY W. THOMSEN
Cal. Bar No. 274282
Mass. Bar. No. 706742
R.I. Bar No. 10342
DarrowEverett LLP
1 Turks Head Pl., #1200
Providence, RI 02903
Telephone: (401) 453-1200
Fax: (401) 453-1201
ksalvatore@darroweverett.com
sthomsen@darroweverett.com

/s/ *Kathryn D. Valois*
KATHRYN D. VALOIS*
Fla. Bar No. 1010150
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
Telephone: (561) 691-5000
Fax: (916) 419-7747
kvalois@pacificlegal.org

AUSTIN W. WAISANEN*
Wyo. Bar No. 8-7023
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
awaisanen@pacificlegal.org

ROBERT H. THOMAS*
Cal. Bar No. 160367
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
rthomas@pacificlegal.org
*Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

William J. Conley
WConley@conleylawri.com

Mario Martone
MMartone@conleylawri.com

Sarah O'Toole
SOtoole@conleylawri.com

DATED: January 8, 2026.

*/s/ Kathryn D. Valois*
KATHRYN D. VALOIS