UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SCLS REALTY, LLC; SIXTY THREE JOHNSTON, LLC,<br><br>v.<br><br>TOWN OF JOHNSTON, RHODE ISLAND; JOSEPH M. POLISENA, JR., in his capacity as Mayor of the Town of Johnston; LINDA L. FOLCARELLI, LAUREN GARZONE, ALFRED T. CARNEVALE, ROBERT V. RUSSO, ROBERT J. CIVETTI, in their official capacities as Members of the Town Council of the Town of Johnston; and VINCENT P. BACCARI, JR., in his official capacity as Town Clerk of the Town of Johnston | CA No.: 1:25-cv-00088-MRD-PAS |

### DEFENDANT TOWN OF JOHNSTON'S
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56, Defendant Town of Johnston, Rhode Island (the "Town") hereby moves for summary judgment on all counts in the Amended Complaint, ECF No. 18, filed by Plaintiffs SCLS Realty, LLC and Sixty-Three Johnston, LLC (together, the "Plaintiffs"). For the reasons stated in the contemporaneously filed Memorandum of Law, this court should grant the Town's Motion.

Additionally, in accordance with LR Cv 7, counsel for the Town states that a hearing is requested, and estimates that 90 minutes (45 minutes per side) is sufficient.

[SIGNATURE PAGE FOLLOWS]

|  |  |
|---|---|
|  | Respectfully submitted,<br>Defendants,<br>By Their Attorneys,<br><br>*/s/ William J. Conley, Jr.*<br>William J. Conley, Jr. (#2149)<br>Mario Martone (#8221)<br>Sarah F. O'Toole (#9316)<br>Conley Law & Associates<br>123 Dyer Street, Suite 2B<br>Providence, RI 02903<br>Tel: 401.415.9835<br>wconley@conleylawri.com<br>mmartone@conleylawri.com |
| January 27, 2025 | sotoole@conleylawri.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Kathryn D. Valois
KValois@pacificlegal.org

Robert H. Thomas
RThomas@pacificlegal.org

Austin W. Waisanen
AWaisanen@pacificlegal.org

Kelley M. Salvatore
ksalvatore@darroweverett.com

Stacy W. Thomsen
sthomsen@darroweverett.com

*/s/ Sarah F. O'Toole*