# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SCLS REALTY, LLC; and<br>SIXTY THREE JOHNSTON, LLC,<br><br>          Plaintiffs,<br><br>    v.<br><br>TOWN OF JOHNSTON, RHODE ISLAND; JOSEPH M. POLISENA, JR., in his official capacity as Mayor of the Town of Johnston; LINDA L. FOLCARELLI, LAUREN GARZONE, ALFRED T. CARNEVALE, ROBERT V. RUSSO, ROBERT J. CIVETTI, in their official capacities as Members of the Town Council of the Town of Johnston; and VINCENT P. BACCARI, JR., in his official capacity as Town Clerk of the Town of Johnston,<br><br>          Defendants. | Civil Action No. 1:25-cv-00088 |

## DECLARATION OF SHERI COMPAGNONE

Sheri Compagnone declares:

    1.    I am over 18 years of age and am competent to testify.

    2.    I have personal knowledge of the matters contained herein, unless otherwise indicated.

    3.    I am the daughter of Salvatore Compagnone Jr., who is a member and registered agent of SCLS Realty, LLC.

1

4. I am not a member, nor am I the registered agent for service of process for either SCLS Realty LLC, nor for Sixty Three Johnston LLC. I am also not authorized to accept service on either LLC's behalf.

5. I work for LORSHER Apts LLC and Allstate Builders Inc.

6. On March 14, 2025, I was at my place of work, 846 Charles Street, Providence, RI 02904.

7. In the middle of the day, a male who was unknown to me, arrived at the office. He was not wearing a standard police officer uniform.

8. I do not recall whether the man identified himself.

9. The man communicated that he has something for Sal, Jr., my father, and asked if he was present.

10. I explained that my father was not there but that I was his daughter.

11. The male handed me a paper and said that I needed to sign, and I responded by asking if he needed to see my identification to prove my relationship to my father.

12. The man stated it did not matter if I was Sal Jr.'s daughter, so I signed and gave that paper back to him. He handed me paperwork and left.

13. I looked through the paperwork and believed it was a state court judgment.

14. I then spoke with my father and told him this paperwork had been delivered.

15. I do not recall whether my father returned to the office that day or whether he viewed the paperwork.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/11/2026 _____ .

                         Signed by:
                         *Sheri Compagnone*
                         7EBEA60A1A12421...
                       SHERI COMPAGNONE