**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SCLS REALTY, LLC; SIXTY THREE JOHNSTON, LLC,<br><br>v.<br><br>TOWN OF JOHNSTON, RHODE ISLAND; JOSEPH M. POLISENA, JR., in his capacity as Mayor of the Town of Johnston; LINDA L. FOLCARELLI, LAUREN GARZONE, ALFRED T. CARNEVALE, ROBERT V. RUSSO, ROBERT J. CIVETTI, in their official capacities as Members of the Town Council of the Town of Johnston; and VINCENT P. BACCARI, JR., in his official capacity as Town Clerk of the Town of Johnston | CA No.: 1:25-cv-00088-MRD-PAS |

## MOTION TO CONTINUE SHOW CAUSE HEARING

Pursuant to Local Rule CV 39.2, the Town of Johnston requests that this Court continue the Show Cause hearing scheduled for Friday, August 7, 2026 at 9:30 AM. The reason for this request is that the Town of Johnston's lead attorney, William J. Conley, Jr., is on vacation between August 3-7, 2026. Another attorney for the Town, Mario M. Martone, has a trial scheduled before Associate Justice Anthony Capraro in the 6th Division District Court (*State of Rhode Island v. Tony Camara*, 61-2025-10038) on Friday, August 7, 2026 at 9:00 AM, and is unavailable for the show cause hearing due to this conflict. Since the Town's lead attorney and another attorney for the case is unavailable, this Court should find that there is good cause shown for a continuance. *See United States v. Laureano-Pérez*, 797 F.3d 45, 58 n.8 (1st Cir. 2015) (counsel's unavailability is sufficient reason to continue a motion).

The Town of Johnston is making this request in good faith, and for good cause. The Town of Johnston will be available for hearing on Tuesday, August 11, 2026 at 2:00 PM or Wednesday,

August 12, 2026 at 9:00 AM. The Town of Johnston is also willing to confer with Plaintiffs' counsel on availability.

|  | Respectfully submitted, |
|--|--|
|  | Defendants, |
|  | By Their Attorneys, |
|  | */s/ Mario Martone* |
|  | */s/ Sarah F. O'Toole* |
|  | William J. Conley, Jr. (#2149) |
|  | Mario Martone (#8221) |
|  | Sarah F. O'Toole (#9316) |
|  | Conley Law & Associates |
|  | 123 Dyer Street, Suite 2B |
|  | Providence, RI 02903 |
|  | Tel: 401.415.9835 |
|  | wconley@conleylawri.com |
|  | mmartone@conleylawri.com |
| August 4, 2026 | sotoole@conleylawri.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Kathryn D. Valois
KValois@pacificlegal.org

Robert H. Thomas
RThomas@pacificlegal.org

Austin W. Waisanen
AWaisanen@pacificlegal.org

Kelley M. Salvatore
ksalvatore@darroweverett.com

Stacy W. Thomsen
sthomsen@darroweverett.com

*/s/ Sarah F. O'Toole*