# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SCLS REALTY, LLC; and<br>SIXTY THREE JOHNSTON, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>TOWN OF JOHNSTON, RHODE ISLAND;<br>JOSEPH M. POLISENA, JR., in his official<br>capacity as Mayor of the Town of Johnston;<br>LINDA L. FOLCARELLI, LAUREN<br>GARZONE, ALFRED T. CARNEVALE,<br>ROBERT V. RUSSO, ROBERT J. CIVETTI,<br>in their official capacities as Members of the<br>Town Council of the Town of Johnston; and<br>VINCENT P. BACCARI, JR., in his official<br>capacity as Town Clerk of the Town of<br>Johnston,<br><br>        Defendants. | Civil Action No. 1:25-cv-00088 |

## PLAINTIFFS' MOTION TO VACATE DISCOVERY STAY

Pursuant to Fed. R. Civ. P. 16(b)(4) and LR Cv 26, Plaintiffs SCLS Realty, LLC, and Sixty-Three Johnston, LLC, move this Court for an order vacating the stay on discovery entered by this Court on November 25, 2025, and extended on January 12, 2026.[1] Text Order 11/25/2025; Text Order 1/12/2026.

On November 25, 2025, at the request of the parties, this Court entered an order staying all ongoing discovery in the above-captioned case during the pendency

---

[1] In accordance with LR Cv 7, counsel states that a hearing is not requested.

of the Court's consideration of cross-motions for summary judgment. Text Order 11/25/2025. In January 2026, the Court extended the stay and denied all pending discovery motions (Dkt. Nos. 28, 31, 33, and 38) without prejudice. *See* Text Order 1/12/2026. As part of that order, the Court "orders that the stay of discovery proceedings and deadlines shall continue until the Court's determination of the Motion for Partial Summary Judgment or as ordered hereafter by the Court. Within fourteen days following the termination of the stay, the parties are further ordered to make a joint filing advising the Court whether it needs to open discovery and/or reset pretrial deadlines." *Id.*

On July 28, 2026, the Court entered a Memorandum and Order granting in part and denying in part Plaintiff SCLS Realty, LLC, and Sixty-Three Johnston, LLC's Motion for Summary Judgment (Dkt. No. 42) and denying in whole the Town of Johnston's Motion for Summary Judgment (Dkt. No. 49). *See* Mem. and Order (July 28, 2026) (Dkt. No. 54). The Court entered summary judgment in favor of the Plaintiffs and against Defendants on Claim 6 of the First Amended Complaint for Violation of Constitutional and Civil Rights (Dkt. No. 18). *Id.* The Court denied Plaintiffs' Motion for Summary Judgment as to Claim 4, and the Defendants' Motion for Summary Judgment in its entirety, both without prejudice. *Id.* The Court denied those claims because "further development of the factual record is necessary." *Id.* The Court requested that discovery resume and be concluded prior to ruling on any further dispositive motions.

2

Pursuant to the Magistrate Judge's text order, the Plaintiffs asked the Defendants through counsel to join this motion. *See* July 30, 2026, email from Kathryn D. Valois to William Conley, Jr., re: SCLS Realty LLC v. Town of Johnston Discovery (July 30, 2026) (Exhibit A); Declaration of Kathryn D. Valois (Valois Decl.) ¶¶ 5-13. The Plaintiffs asked the Defendants to please respond by noon on July 31, 2026. *Id*. The Defendants initially agreed to file a joint motion. *Id*. However, after The Court issued an order to show cause why the Defendants should not be held in contempt for violating the in-effect Preliminary Injunction, the Defendants withdrew their assent and informed the Plaintiffs they "would prefer that [we] file it as a Plaintiffs' motion." *Id*. When asked why the Defendants' withdrew their assent, they responded that "it would be beneficial to have a decision of the Show Cause motion before going forward with discovery, as a decision on it may define the scope of future discovery..… Also, we would like to file a 54(b) motion." *Id*.  However, there's no reason that any of these actions are relevant to the continuation of discovery as the Court ordered when it pointed to the need for further development of the factual record. *See* Mem. and Order (July 28, 2026) (Dkt. No. 54).

Consequently, if entry of the Memorandum and Order resolving the summary judgment motions did not automatically terminate the discovery stay, the Plaintiffs move this Court to do so. *See* Text Order 1/12/2026 ("Accordingly, the Court orders that the stay of discovery proceedings and deadlines shall continue until the Court's determination of the Motion for Partial Summary Judgment or as ordered hereafter by the Court."). Discovery should be reopened and pretrial deadlines reset.

DATED: August 5, 2026.

Respectfully submitted,

/s/ *Kathryn D. Valois*
KATHRYN D. VALOIS*
Fla. Bar No. 1010150
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
Telephone: (561) 691-5000
Fax: (916) 419-7747
kvalois@pacificlegal.org

ROBERT H. THOMAS*
Cal. Bar No. 160367
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
rthomas@pacificlegal.org
*Pro Hac Vice*

*Counsel for Plaintiffs*

KELLEY M. SALVATORE
Mass. Bar No. 637885
R.I. Bar No. 6025
STACY W. THOMSEN
Cal. Bar No. 274282
Mass. Bar. No. 706742
R.I. Bar No. 10342
DarrowEverett LLP
1 Turks Head Pl., #1200
Providence, RI 02903
Telephone: (401) 453-1200
Fax: (401) 453-1201
ksalvatore@darroweverett.com
sthomsen@darroweverett.com

AUSTIN W. WAISANEN*
Wyo. Bar No. 8-7023
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
awaisanen@pacificlegal.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

William J. Conley
WConley@conleylawri.com

Mario Martone
MMartone@conleylawri.com

Sarah O'Toole
SOtoole@conleylawri.com

DATED: August 5, 2026.

/s/ *Kathryn D. Valois*
KATHRYN D. VALOIS

5