UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SCLS REALTY, LLC; AND SIXTY THREE JOHNSTON, LLC

CIVIL ACTION NO.: 1:25-CV-00088

VS.

TOWN OF JOHNSTON, RHODE ISLAND; JOSEPH M. POLISENA, JR., IN HIS OFFICIAL CAPACITY AS MAYOR OF THE TOWN OF JOHNSTON; LINDA L. FOLCARELLI, LAUREN GARZONE, ALFRED T. CARNEVALE, ROBERT V. RUSSO, ROBERT J. CIVETTI, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE TOWN COUNCIL OF THE TOWN OF JOHNSTON; AND VINCENT P. BACCARI, JR., IN HIS OFFICIAL CAPACITY AS TOWN CLERK OF THE TOWN OF JOHNSTON

-----------------------------------------

VIDEOTAPED DEPOSITION OF

JOSEPH M. POLISENA, JR.

JULY 28, 2025

9:00 A.M.

PROVIDENCE, RI 02903

BARBARA J. WARNER, RPR

always done.
Q. I forgot to ask this earlier. I'll ask it now. Your personal E-mail address is what?
A. [redacted].
Q. And your personal cell phone carrier?
A. Verizon.
Q. And what's the number, tell me your business cell phone, Town cell phone and your personal cell upon number, please?
A. 553-8800 is the land line to my office. My personal cell is [redacted]-2000. My Town cell phone recently changed, so I don't know the number.
Q. But you can provide that later?
A. Yes.
Q. You said you were zeroing in on the A&A Wrecking. Or we have seen references in some of the papers to the Hartford Avenue site. Is that the same, in your mind, those two?
A. Yes.
Q. What caused you to zero in on that property?
A. There was nothing else available.