ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

A Yeah.
Q Okay. Tell me your address, please, physical address?
A Work or personal?
Q Both.
A My work address is 100 Irons Avenue, Johnston. My personal is [redacted].
Q Thank you. Tell me your phone, all your phone numbers that you have.
A My desk phone is (401)231-4000, extension 4001. My Town cell, (401)895-1100. My personal is [redacted]-0431.
Q Okay. Very nice. Do you, when you say Town cell, is that a cellphone provided to you by the Town of Johnston?
A Correct.
Q And do you pay for that and get reimbursed?
A They supply it.
Q They supply it as part of the job. Are you required to get one of these phones, do you know?
A I don't know. It's on my desk, so I don't know.
Q Your personal cell, does the Town pay you in any way, shape or form for your use of that?
A No.
Q Do you accept calls on that, business calls or only personal calls?