UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SCLS REALTY, LLC, and SIXTY THREE JOHNSTON, LLC,

Plaintiffs,

vs. C.A. No. 1:25-cv-00088

TOWN OF JOHNSTON, RHODE ISLAND; JOSEPH M. POLISENA, JR., in his official capacity as Mayor of the Town of Johnston; LINDA L. FOLCARELLI, LAUREN GARZONE, ALFRED T. CARNEVALE, ROBERT V. RUSSO, ROBERT J. CIVETTI, in their official capacities as Members of the Town Council of the Town of Johnston; and VINCENT P. BACCARI, JR., in his official capacity as Town Clerk of the Town of Johnson,

Defendants.

~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

DOUGLAS CHRISTOPHER JEFFREY

July 30, 2025

9:03 a.m.

Casey A. Bernacchio, CSR
~~~~~~~~~~~~~~~~~~~~~~

Q. Great.
And do you have a personal email that you use?
A. Yes.
Q. And what is your personal email?
A. My personal email is [redacted].
Q. And do you have an email that you use for your other job as a real estate agent?
A. Yes.
Q. And what email is that?
A. Doug@broadwayreg.com.
Q. Great. And the only device that you have for the Town is a desktop computer; is that correct?
A. Yes.
Q. Do you have a Town landline that you answer phones on -- or calls on?
A. Yes.
Q. Okay. Do you know what that number is?
A. Typically, people just call the main line, which is the secretary's line, 553-8800.
Q. Okay.
A. And she'll put them in my voicemail or connect them to my office.
Q. Okay. And what is your personal cell

phone number?
A. [redacted]-5530.
Q. And do you have your Town email attached to your personal phone so you can see those emails on your phone?
A. Yes.
Q. Okay. Do you ever text about Town issues on your personal phone?
A. Occasionally.
Q. Okay. So is it fair to say that you conduct some modicum of Town business as the chief of staff on your personal phone?
A. Sure.
MS. O'TOOLE: Objection.
You can answer.
THE WITNESS: Sorry?
MS. O'TOOLE: I said, "Objection.
You can answer."
MS. VALOIS: Sometimes Ms. O'Toole will object --
THE WITNESS: Yes. I get it.
MS. VALOIS: -- just wait so that she can -- and that's so the court reporter doesn't get confused.
THE WITNESS: Sorry.