UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

SCLS REALTY, LLC; and
SIXTY THREE JOHNSTON, LLC

vs. C.A. NO. 1:25-cv-00088

TOWN OF JOHNSTON, RHODE ISLAND;
JOSEPH M. POLISENA, JR., in his
official capacity as Mayor of
the Town of Johnston,
LINDA L. FOLCARELLI, LAUREN GARZONE,
ALFRED T. CARNEVALE, ROBERT V. RUSSO,
ROBERT J. CIVETTI, in their official
capacities as Members of the Town
Council of the Town of Johnston; and
VINCENT P. BACCARI, JR., in his
official capacity as Town Clerk
of the Town of Johnston

DEPOSITION OF DOMINIQUE TURNER

DarrowEverett, LLP

One Turks Head Place, Suite 1200

Providence, RI 02903

July 29, 2025

9:04 A.M.

Linda L. Guglielmo, RMR No. 27532

Q. Me, too; I just gave one out. Do you ever use your personal cellphone?
A. No, not usually, unless I'm speaking with my boss.
Q. Not for texts?
A. No.
Q. Not for e-mails?
A. Yes. For e-mails I have my e-mail app on my personal phone.
Q. What is your personal cell number?
A. [redacted]-1982.
Q. Do you know who your carriers are?
A. Verizon.
Q. For both?
A. Yes.
Q. Who pays for the town phone?
A. The town.
Q. Who pays for your personal phone?
A. Myself.
Q. What about computers, do you have a town computer?
A. Yes.
Q. Do you have a personal computer?
A. No.
Q. Any personal iPad?