CONLEY LAW
& ASSOCIATES

Providence Office
The Hay Building
123 Dyer Street, Suite 2B
Providence, RI 02903

Newport Office
Brick Marketplace
213 Goddard Row,
Newport, RI 02840

Phone: 401-415-9835
Web: www.conleylawri.com

September 10, 2025

Re: Meet and Confer

Dear Attorneys:

We were hoping to meet and confer by phone or zoom on a few issues that have come up recently. We appreciate the productive working relationship we have had throughout this case and hope to continue working together. The following are the items we would like to discuss prior to any motion practice if necessary:

1. The subpoenas issued to Verizon and T-Mobile. We are hoping to work towards an agreement on the scope of the subpoenas and a protective order regarding the same.
2. The subpoena issued to Joseph Polisena, Sr. We would like to discuss the scope of this subpoena and his unavailability on September 29, 2025.
3. Our objections to the first request for production propounded to the Town of Johnston.
4. The scope of discovery in the second request for production propounded to the Town of Johnston.

We are also happy to discuss any items you would like to address. We are available September 11 from 3:00 PM to 5:00 PM, and September 12 at 2:00 PM with a hard stop at 3:30 PM.

Yours truly,

*/s/ William J. Conley, Jr.*

William J. Conley, Jr.
wconley@conleylawri.com