Johnston

George Waterman Rd

History Of Events

EXHIBIT I
Compagnone
8-27-25 BW

George Waterman Rd

Johnston RI

5/23/2000 LOR-SHER INC and SANCO LLC

-Purchase Land

200 George Waterman Rd Johnston RI

From Albert E. Parente Jr.

9/21/2001 LOR-SHER INC and SANCO LLC

-Purchase land adjacent to

200 George Waterman Rd

From Edward J. Mitson Jr.

Note:

LOR-SHER INC = Salvatore M. Compagnone Sr.

SANCO LLC= Lucille Santoro

Ralph Santoro

Summer of 2001 Proposal heard by planning board construct 60 apartments

Attorney Anthony Gallone Sr.

Planning board recommends approval would be alternative to single family housing.

1/14/2002 Meeting request zone change (14 Acres)

100% Rejecting

*No residents speak to oppose

Town would receive more than 6 acres

Attorney: Plan Rejected

Anthony Gallone Wait 2 years before reapplying

Engineer:

Phip Mancini *See attached Newspaper article

2002

# George Waterman housing proposal denied by town

BY BOB JAGOLINZER
JOURNAL STAFF WRITER

JOHNSTON

JOHNSTON — At a glance, this one seemed destined for quick approval: a request for a zone change that would permit building apartments on a site now hosting a small bar.

The proposal was heard last summer by the Planning Board, which recommended the plan be approved. The board said it would provide an alternative to single-family housing.

During a Town Council public hearing on Monday, no residents spoke to oppose the plan.

Under the proposal, the town would get more than 6 acres to use as it sees fit.

SEE HOUSING, C 2



## REGIONAL NEWS BRIEFS

■ JOHNSTON

**Housing proposal shot down:** At a glance, this one seemed destined for quick approval: a request for a zone change that would permit building apartments on a site now hosting a small bar.

The proposal was heard last summer by the Planning Board, which recommended the plan be approved. The board said it would provide an alternative to single-family housing.

During a Town Council public hearing on Monday, no residents spoke to oppose the plan.

But the council, after listening to a half-hour discussion voted unanimously to deny the request by Sanco LLC, of Providence, to change the zone status for a 14-acre tract at 200 George Waterman Rd.

# Housing

*Continued from Page C 1*

But the council, after listening to a half-hour discussion that seemed — for Johnston — remarkably calm, voted unanimously to deny the request.

Specifically, a company called Sanco LLC, of Providence, asked the council to change the zone status for a 14-acre tract at 200 George Waterman Rd.

Currently, the property is zoned for three uses. Some of he land is zoned for houses on 5,000-square-foot lots, anothr section for houses on 1-acre ots, and a small strip for busiess use, where the bar is locatd. There is also a small pond at he site.

The property is served by own water and sewer systems.

The company wanted the oning designation changed to district to permit several uses n the same property: singlend multi-family housing, eighborhood businesses such a family day-care center, a lf course, tennis courts and her recreational facilities, d conservation and open ace.

The project was to include 32 two-bedroom apartments and 26 one-bedroom apartments, said Ralph Santoro, one of the principals.

During the council session, Anthony Gallone, a lawyer for the developers, said the housing would attract people with middle to higher incomes.

Gallone said just over 6 acres would be deeded to the town, which could keep it as open space or use it for recreation. However, some of the land to be donated is considered wetlands and would have to be left in a natural state.

Gallone also said the apartments would be built in one three-story building.

But council members were concerned about the number of children who might move into the complex. Gallone said the company has developed similar projects in the state. Those developments typically have only two or three youngsters per development, he said.

"I don't think they are ready [to build] the project," said Councilman William Santilli, who moved to deny the request. Santilli, who could not be reached for comment yesterday, did not elaborate during the meeting.

However, council Vice President Stephen Macchioni said he was unhappy with the entire proposal.

"I think there are better uses for the land than what they proposed," he said yesterday.

He said he was struck by the inconsistencies in the presentation. "When they went before the Planning Board, they said [rents would attract] low- and moderate-income, but they come before us and they say upper income," he said. "Then halfway through the presentation, they said they could change the number of bedrooms in the units."

Now that the proposal has been turned down, the developer seems to be left with few options.

Under the zoning regulations, unless the proposal is substantially changed, the developer must wait two years before reapplying.

And under state law, the council has wide discretion in deciding whether to grant a zoning change. "There really isn't any direct way to appeal to Superior Court," Gallone said.

Gallone said he plans to meet with company officials to see what they want to do.

Salvatore Compagnone Jr., one of the principals, yesterday said he was "very disappointed" that the council acted as it did, especially because no neighbors opposed it.

"We met with the neighbors," he said. "We made them happy."

Compagnone said he was not sure of the future of the proposal.

P001775


LOCUS MAP
EXISTING POND
BOWEN STREET (40')
DART STREET (40')
GEORGE WATERMAN ROAD
ZONE R-40
ZONE R-15
EXISTING PATIO
EXISTING BUILDING TO REMAIN
LOADING ZONE
SEVEN TWENTY ONE ASSOCIATES
LAKEVIEW TERRACE APARTMENTS
ASSESSORS PLAT 37 LOTS 9, 10, & 193
GEORGE WATERMAN ROAD
JOHNSTON, RHODE ISLAND
PLAN PREPARED FOR OWNERS:
LOR-SHER INC. AND SANCO, LLC
41 SHEPARD AVENUE
PROVIDENCE, R.I. 02904
401-724-1786
YEAR: 2002
60 UNITS
SEE PROV JOURNAL ARTICLE
ALL MEMBERS OF PLANNING WAS PASSED
ZONING TOTAL REJECTION




LOCUS MAP
EXISTING POND 4½ AC±
OPEN SPACE 5½ AC±
PROPOSED
ZONE R-40
ZONE R-15
SWAMP
BOWEN STREET (40')
DART STREET (40') NOT CONSTRUCTED
EXISTING PATIO
EXISTING BUILDING TO REMAIN
LOADING ZONE
GEORGE WATERMAN ROAD
CULVERT
EXISTING SPILLWAY FROM POND
BORDEN REALTY CO.
NICOLO PARASCANDOLO ESTATE
GABRIELLE FRATIELLO
CATHERINE GOUVD
24' LANDSCAPED AREA
SEVEN TWENTY ONE ASSOCIATES
LAKEVIEW TERRACE APARTMENTS
ASSESSORS PLAT 37 LOTS 9, 10, & 193
GEORGE WATERMAN ROAD
JOHNSTON, RHODE ISLAND
PLAN PREPARED FOR OWNERS:
LOR-SHER INC. AND SANCO, LLC.
41 SHEPARD AVENUE
PROVIDENCE, R.I., 02904
401-274-1786
PHILIP S. MANCINI, JR.
PROFESSIONAL LAND SURVEYOR
401-861-7712
1"=40
PSM
PM
98122

P001778



P001779

Dec of 2020 Get acquainted with attorney Thom Moses

Thru Sam Hanna (banker)

Give moses retainer

-Begin discussions w/ Moses relative to development G.W. Rd

End of 2020

Nov Give deposits Sal Sr. Becomes aware by realtor RAO land adjacent to 200 G.W Rd for sale

We sell 12 units 8 apartment building May St N. Prov (April 2021)

Decide to use funds from above sale to purchase additional land G.W Rd

2022 → Feb/Mar Plan 6 buildings x 36 units=216 plus 12 Condos

This was presented to: Meeting Town Hall

REQUEST: FOLLOWING ADJUSTMENTS
- CONDO'S SIDE BY SIGN = REDESIGN
- TURN AROUND FOR EMERGENCY VEHICLES

Mayor Polisena Sr.　　Tom Delar →

Bob Russo　　Sal Sr.

John Dorsey—Special Master　　Sal Jr.

11/15/2021 $25,000 PAID TO DORSEY-LAND PURCHASE

DORSEY → POSSIBLE SALE of TOWNE PLATTING　　Ralph Santoro

Tom Moses Attorney Kerwin

7/14/22 $227644 BUY LAND

MAYOR: GET TOWNE PLATING BACK ON TAX ROLL PLUS ADJUSTMENTS REQUESTED BY TOM DELAR - THIS WILL CLEAN UP AREA AND MAYOR GIVES THUMBS UP.

9 MONTHS LATER - NEW PLAN INCORPORATES DELAR'S ADJUSTMENTS 204 UNITS + 12 CONDO'S　MEETING WITH MAYOR SR - RUSSO - TOM MOSES - SAL SR - RALPH

MAYOR CLAIMS HE CANNOT GO THROUGH WITH THIS IT WOULD BE POLITICAL SUICIDE!

(TOWNE PLATING SOLD)

NOV 2022 = ELECTION



FIRST MEETING w/ MAYOR SR

UNITS 6 X 36 UNITS = 216

CONDO'S = 12

PROPOSED RESIDENTIAL DEVELOPMENT
178 & 200 GEORGE WATERMAN ROAD
AP 35 LOTS 1, 2 & 223, LOT 37, LOTS 1-8, 9, 10, 63 & 193
JOHNSTON, RI

CONCEPT 1 PLAN

SHEET 1 OF 1

NOT FOR CONSTRUCTION

D'AMICO ENGINEERING TECHNOLOGY, INC.
Civil · Transportation · Land Use
2090 Mineral Spring Ave., North Providence, RI 02911




CONCEPT 1 PLAN

SHEET 1 OF 1

NOT FOR CONSTRUCTION

PROPOSED RESIDENTIAL DEVELOPMENT
178 & 200 GEORGE WATERMAN ROAD
AP 35 LOTS 1, 2 & 223, LOT 37, LOTS 1-8, 9, 10, 63 & 193
JOHNSTON, RI

DEtec.
D'AMICO ENGINEERING TECHNOLOGY, INC.

P001782


ALLSTATE BUILDERS INC
SMCJP
FRONT AND REAR ELEVATIONS

Results: Tom Delar requests following adjustments:

-Condos are side by side re-adjusted design

-Turn around for emergency vehicles

I.E. Fire Truck

With these changes he is in full support—Mayor indicates same

Thumbs up!!

Important to mayor

SPECIAL MASTER ← *John Dorsey—Possible get town plating back on tax roll

*Clean up area=important to mayor

2021 → 9 Months later:

New plan: All Tom Delar's concerns have been incorporated

204 units- Condo's have been split return for emergency vehicles

12 condos- D'amico-Canavan- other work has taken place the entire time

11/15/2021 - $25,000.00 to John Dorsey- Interest rates are on the increase

Next meeting: Visit mayor: purpose final to schedule before the board

7/14/2022- Present: mayor (SR) Tom moses

Russo Sal SR- Ralph

$227644

Ck Tudino purchase land – July 18, 2022

Mayor claims he cannot go through with this and states: this would be political suicide!

*Town plating sold!!!

We decide to wait until after election

Nov 5th [redacted] Election Day

REVISED PER
DELAR'S COMMENTS

204 UNITS
12 CONDOS

CONDO SPLIT

EMERGENY TURN-
AROUND





PROPOSED RESIDENTIAL DEVELOPMENT
178 & 200 GEORGE WATERMAN ROAD
AP 35, LOTS 1, 2 & 223 AND AP 37, LOTS 1-10, 63 & 193
JOHNSTON, RHODE ISLAND

MASTER PLAN

SITE PLAN

SHEET 3 OF 3

D'AMICO ENGINEERING TECHNOLOGY, INC.

POLESINA JR = NEW MAYOR
SEE E-MAILS FROM MOSES OFFICE
2023 MEETING c PLANNING BOARD OFFICE
1/31 • 100 IRONS AVE JOHNSTON
TOM MOSES THOMAS DELLAR
DAVID D'AMICO

2/9 SUBSTANTIATES SALE OF TOWN PLATING
• 50 FOOT PORTION CONVEYED
2/22 MOSES OFFICE IN PROCESS OF SCHEDULING
MEETING WIT COUNCILMAN RUSSO
3/6 EXPLAIN PURPOSE OF: SIXTY THREE JOHNSTON LLC
? PROGRESS WITH MEETING RUSSO + HARRY HOOPIS
3/27 NOTICE RUSSO ALSO WANTS TO INCLUDE
• MAYOR IN MEETING
4/4 MEETING FRIDAY APRIL 21 c 10:00 AM
4/17 BRING TO MEETING: PLAN THAT SHOWS THE
** • NEW LAYOUT OF THE PROJECT - "SIMILAR TO
WHAT YOU BROUGHT TO THE MEETING
WITH THOM DELLER"
MEETNG WILL INCLUDE RUSSO - THE MAYOR AND
HARRY HOOPIS
- EMAIL REFERS TO PRIOR MEETING
4/21 MAYOR JR WILL NOT SUPPORT THIS PROJECT
5/4 POTENTIAL USES FOR THIS PROPERTY
10-18 MOSES OFFICE TO SET UP MEETING w/ DELLER
• CONTACT ENGINEERS RE: COMPREHENSIVE PERMITS
• MONITOR LAND USE COURT